UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGIL ARCHIE,

    Plaintiff,

v.

UNKNOWN DRESCHER, et al.,

    Defendants.

_____/

Case No. 1:23-cv-544

HON. JANE M. BECKERING

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. All four Defendants—Drescher, Walker, Carrier, and Speckin—filed a motion for summary judgment (ECF No. 24) on Plaintiff's sole remaining claim,[1] which alleges that Plaintiff suffered an Eighth Amendment violation based on the conditions of his confinement (ECF No. 1). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on August 19, 2025, recommending that this Court grant the motion and terminate this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

---

[1] On April 17, 2024, the Court entered an opinion and order dismissing Plaintiff's "Eighth Amendment claims premised upon the denial of medical attention" and permitting Plaintiff's "Eighth Amendment conditions of confinement" claim to proceed (ECF Nos. 16 and 17).

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 24) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211–12 (2007).

Because this Opinion and Order resolves all pending claims, the Court will also enter a Judgment to close this case.  *See* FED. R. CIV. P. 58.


Dated:  September 17, 2025                  /s/ Jane M. Beckering
                                                                JANE M. BECKERING
                                                                United States District Judge